

07-60432    JAMES GREEN
            CREDITOR DID NOT CASH CHECK
            CHECK #461788 FOR $11.04
            PORTFOLIO RECOVERY ASSOC
            PO BOX 41067
            NORFOLK, VA  23541

07-62201    SCOTT WOOD
            KARA WOOD
            CREDITOR DID NOT CASH CHECK
            CHECK #461789 FOR $45.18
            PORTFOLIO RECOVERY ASSOC
            PO BOX 41067
            NORFOLK, VA  23541

07-62291    TINA STITT
            CREDITOR DID NOT CASH CHECK
            CHECK #461790 FOR $13.31
            PORTFOLIO RECOVERY ASSOC
            PO BOX 41067
            NORFOLK, VA 23541

07-62933    ROBERT GRIMWOOD
            TAMMY GRIMWOOD
            CREDITOR DID NOT CASH CHECK
            CHECK #461791 FOR $12.28
            PORTFOLIO RECOVERY ASSOC
            PO BOX 41067
            NORFOLK, VA  23541

07-62946    LINDA BARNHART
            CREDITOR DID NOT CASH CHECK
            CHECK #461792 FOR $31.35
            PORTFOLIO RECOVERY ASSOC
            PO BOX 41067
            NORFOLK, VA  23541

07-63332    RUSSELL THOMAS
            BETTY THOMAS
            CREDITOR DID NOT CASH CHECK
            CHECK #461793 FOR $18.22
            PORTFOLIO RECOVERY ASSOC
            PO BOX 41067
            NORFOLK, VA  23541